```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 06291
   GREGORY BOZEMAN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3854

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 03/17/2008 and was not confirmed.

   The case was dismissed without confirmation 05/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
SECRETARY OF STATE         UNSECURED      NOT FILED         .00           .00
SECRETARY OF STATE         UNSECURED      NOT FILED         .00           .00
CARE CREDIT SERVICES       UNSECURED      NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED         .00           .00
CITY OF CHICAGO DEPART A   UNSECURED      NOT FILED         .00           .00
NCO FINANCIAL GROUP        UNSECURED      NOT FILED         .00           .00
ILLINOIS TOLLWAY AUTHORI   UNSECURED      NOT FILED         .00           .00
DAVID J FRANKEL ESQ        NOTICE ONLY    NOT FILED         .00           .00
DAIMLER CHRYSLER FINANCI   SECURED VEHIC   11780.00         .00           .00
DAIMLER CHRYSLER FINANCI   UNSECURED           1.91         .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          51.62         .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         386.55         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         759.70         .00           .00
PRO SE DEBTOR              DEBTOR ATTY         .00                        .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                         .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                                 .00
                      --------------    --------------
TOTALS                    .00                 .00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 06291 GREGORY BOZEMAN

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 08/26/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |